**E-Filed 1/9/09**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARGARET C. WHITMAN, | Case No. C 08-5808 JF (RS) |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| THOMAS HALL, | |
| Defendant. | |

Pursuant to Canon 3(C)(1)(a) of the Code of Conduct for United States Judges, 175 F.R.D. 363, 367, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another district judge pursuant to this Court's Assignment Plan.

DATED: 1/9/09

JEREMY FOGEL
United States District Judge

1  Copies of Order served on:
2
3  David M. Kelly david.kelly@finnegan.com
4  Scott Richard Mosko scott.mosko@finnegan.com, david.albagli@finnegan.com, jason.webster@finnegan.com, randal.holderfield@finnegan.com
5
6  Stephanie H. Bald steohanie.bald@finnegan.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF RECUSAL
Case No. C 08-5808 JF (RS)